1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNILEVER SUPPLY CHAIN, INC., a Delaware corporation, | Case No. 07-00891 MMC |
|---|---|---|
| 12 | Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING *EX PARTE* REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| 13 | vs. | |
| 14 | MATTERHORN GROUP, INC., an Idaho corporation; MATTERHORN ICE CREAM, INC., an Ohio corporation; VITAFREZE FROZEN CONFECTIONS, INC., an Idaho corporation; DELUXE ICE CREAM COMPANY, an Idaho corporation; and DOES 1-10, inclusive, Defendants. | |

1-SF/7540617.1

For good cause shown, the Court hereby grants plaintiff Unilever Supply Chain, Inc.'s *Ex Parte* Request to Reschedule CMC and Related Deadlines. The rescheduled deadlines are as follows:

- July 6, 2007 — Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan

  Last day to file Joint ADR Certification and Notice of Need for ADR Phone Conference

- July 20, 2007 — Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report

- July 27, 2007 — Case Management Conference

IT IS SO ORDERED.

Dated: April 26, 2007

_____
The Honorable Maxine M. Chesney

1-SF/7540617.1

1

[PROPOSED] ORDER GRANTING *EX PARTE* REQUEST TO RESCHEDULE CMC AND RELATED DEADLINES