Rochelle Alpert (Cal Bar No. 65037)
Leslie McKnew (Cal Bar No. 178413)
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94102
415-442-1744



Dated: June 11, 2007
IT IS SO ORDERED
Judge Maxine M. Chesney

# UNITED STATES DISTRICT COURT
## for the NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILEVER SUPPPLY CHAIN, INC.<br><br>Plaintiff(s)<br>v.<br><br>MATTERHORN GROUP, INC., MATTERHORN ICE CREAM, INC.; VITAFREZE FROZEN CONFECTIONS, INC.; DELUXE ICE CREAM COMPANY; AND DOES 1-10<br><br>Defendant(s) | CASE NUMBER: C 07-00891-MMC<br><br><br>**NOTICE OF DISMISSAL BY PLAINTIFF**<br>Rule 41(a)(1) F.R.Civ.P. |

**PLEASE TAKE NOTICE:**

[X] The above-entitled action is

*or*

[ ] Defendant(s) MATTERHORN GROUP, INC., MATTERHORN ICE CREAM, INC.; VITAFREZE FROZEN CONFECTIONS, INC.; DELUXE ICE CREAM COMPANY; AND DOES 1-10

are

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 11, 2007

Plaintiff / Attorney for Plaintiff
Rochelle D. Alpert

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9